United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN COSTELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>QUANTUMSCAPE CORPORATION, et al.,<br><br>    Defendants. | Case No. 21-cv-01370-SVK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Gervat v. Singh, et al.*, 21-cv-0989-WHO.

**SO ORDERED.**

Dated: March 11, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge