IGNACIO E. SALCEDA, State Bar No. 164017
DALE BISH, State Bar No. 235390
REBECCA L. EPSTEIN, State Bar No. 168226
ANDREW FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: isalceda@wsgr.com
        dbish@wsgr.com
        bepstein@wsgr.com
        afrantela@wsgr.com

*Attorneys for Defendants Jagdeep Singh, Fritz
Prinz, Timothy Holme, Kevin Hettrich, Frank
Blome, Brad Buss, John Doerr, Jürgen Leohold,
Justin Mirro, Dipender Saluja, and J.B.
Straubel; and Nominal Defendant
QuantumScape Corporation*

[Additional counsel on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE QUANTUMSCAPE CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No.: 3:21-cv-00989<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF A CONSOLIDATED AMENDED COMPLAINT OR DESIGNATION OF OPERATIVE COMPLAINT** |

Lead Plaintiffs Hugues Gervat and Kathleen Costello ("Lead Plaintiffs"), by and through

their counsel, and Defendants Jagdeep Singh, Fritz Prinz, Frank Blome, Brad Buss, John Doerr,

Jürgen Leohold, Justin Mirro, Dipender Saluja, J.B. Straubel, Kevin Hettrich, Timothy Holme,

and Volkswagen Group Of America Investments, LLC, (collectively, and nominal Defendant

- 1 -

JOINT STIP. AND [PROPOSED] ORDER
RE. CASE SCHEDULE
Case No. 3:21-cv-00989

QuantumScape Corporation, the "Defendants"), by and through their respective counsel, hereby stipulate to the following:

WHEREAS, on March 17, 2021, the Court entered an Order (the "Derivative Action Order") that consolidated actions *Gervat v. Singh, et al.*, Case No. 3:21-cv-00989 and *Costello v. Singh et al.*, Case No. 5:21-cv-01370, appointed Lead Plaintiffs, and appointed Gainey McKenna & Egleston and The Brown Law Firm, P.C., as Co-Lead Counsel;

WHEREAS, the Derivative Action Order requires the parties to propose a schedule to the Court;

WHEREAS, the parties have agreed, subject to the Court's approval, to the schedule set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1.     Lead Plaintiffs shall either file a consolidated amended complaint or designate an operative complaint on or before June 21, 2021.

2.     The parties by July 12, 2021 shall submit either a proposed motion to dismiss briefing schedule or joint request that the derivative case be stayed.

**IT IS SO STIPULATED.**

Respectfully Submitted By:

DATED: May 17, 2021                **THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Tel: (310) 915-6628
Email: RMoest@aol.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Tel: (516) 922-5427

- 2 -

JOINT STIP. AND [~~PROPOSED~~] ORDER
RE. CASE SCHEDULE
Case No. 3:21-cv-00989

Email: tbrown@thebrownlawfirm.net

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**TOSTRUD LAW GROUP, P.C.**
Jon A. Tostrud
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 278-2600
Email: jtostrud@tostrudlaw.com

*Attorneys for Lead Plaintiffs*

DATED: May 17, 2021

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Ignacio E. Salceda*
Ignacio E. Salceda
Dale Bish
Rebecca L. Epstein
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 320-4908
Email: isalceda@wsgr.com
Email: dbish@wsgr.com
Email: bepstein@wsgr.com

*Attorneys for Defendants*
*Jagdeep Singh, Fritz Prinz, Timothy Holme, Kevin Hettrich, Frank Blome, Brad Buss, John Doerr, Jürgen Leohold, Justin Mirro, Dipender Saluja, J.B. Straubel, and Nominal Defendant QuantumScape Corporation*

- 3 -

JOINT STIP. AND [~~PROPOSED~~] ORDER
RE. CASE SCHEDULE
Case No. 3:21-cv-00989

DATED: May 17, 2021

**SULLIVAN & CROMWELL LLP**

*/s/ Laura Kabler Oswell*
Laura Kabler Oswell
1870 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 461-5600
Email: oswelll@sullcrom.com

Robert J. Giuffra, Jr.
125 Broad Street
New York, NY10004
Tel: (212) 558-4000
Email: giuffrar@sullcrom.com

*Attorneys for Volkswagen Group of America Investments, LLC*

- 4 -

JOINT STIP. AND [~~PROPOSED~~] ORDER
RE. CASE SCHEDULE
Case No. 3:21-cv-00989

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: May 18, 2021

_____

The Honorable William H. Orrick
DISTRICT COURT JUDGE

- 5 -

JOINT STIP. AND [~~PROPOSED~~] ORDER
RE. CASE SCHEDULE
Case No. 3:21-cv-00989

**ATTESTATION**

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  May 17, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/  Ignacio E. Salceda*

JOINT STIP. AND [~~PROPOSED~~] ORDER
RE. CASE SCHEDULE
Case No. 3:21-cv-00989