UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE QUANTUMSCAPE
CORPORATION DERIVATIVES
LITIGATION

Case No.  3:21-cv-00989-WHO

**ORDER ON STIPULATION**

Re: Dkt. No. 28

The parties' stipulation (Dkt. No. 28) is GRANTED.  The parties shall have until March 1, 2022, to either propose a schedule for filing an amended complaint and motion to dismiss or to propose maintaining the stay.  The parties are reminded to submit proposed orders in Microsoft Word by email (in addition to PDFs on the docket) as required by the Local Rules.

**IT IS SO ORDERED.**

Dated: February 22, 2022



William H. Orrick
United States District Judge

United States District Court
Northern District of California