IGNACIO E. SALCEDA, State Bar No. 164017
DALE BISH, State Bar No. 235390
REBECCA L. EPSTEIN, State Bar No. 168226
ANDREW FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: isalceda@wsgr.com
        dbish@wsgr.com
        bepstein@wsgr.com
        afrantela@wsgr.com

*Attorneys for Defendants Jagdeep Singh, Fritz
Prinz, Timothy Holme, Kevin Hettrich, Frank
Blome, Brad Buss, John Doerr, Jürgen Leohold,
Justin Mirro, Dipender Saluja, and J.B.
Straubel; and Nominal Defendant
QuantumScape Corporation*

[Additional counsel on signature page]

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTUMSCAPE CORPORATION DERIVATIVE LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Lead Case No.: 3:21-cv-00989 <br><br> **JOINT STIPULATION AND ORDER TO STAY CASE** |

- 1 -

JOINT STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No. 3:21-cv-00989

Lead Plaintiffs Hugues Gervat and Kathleen Costello ("Lead Plaintiffs"), by and through their counsel, and Defendants Jagdeep Singh, Fritz Prinz, Frank Blome, Brad Buss, John Doerr, Jürgen Leohold, Justin Mirro, Dipender Saluja, J.B. Straubel, Kevin Hettrich, Timothy Holme, and Volkswagen Group of America Investments, LLC, (collectively, and with nominal Defendant QuantumScape Corporation, the "Defendants"), by and through their respective counsel, hereby stipulate to the following:

WHEREAS, this action (the "Derivative Action") is related to a putative class action captioned *In re QuantumScape Securities Class Action Litigation*, Case No. 3:21-CV-00058-WHO (the "Securities Action");

WHEREAS, there is substantial overlap between the facts and circumstances alleged in the Derivative Action and the Securities Action;

WHEREAS, QuantumScape Corporation, Jagdeep Singh, Kevin Hettrich, and Timothy Holme, named defendants the Securities Action, are also named as defendants or nominal defendant in this case;

WHEREAS, certain of the relief requested in the Derivative Action may be affected by the outcome of the Securities Action, and the outcome of the Securities Action may inform the manner in which this case proceeds;

WHEREAS, upon the parties' prior stipulation, the Court ordered the Derivative Action stay;

WHEREAS, on January 14, 2022, the Court in the Securities Action substantially denied the motion to dismiss the Securities Action, which had the effect of terminating the stay of the Derivative Action;

WHEREAS, by the Court's Order of February 22, 2022 (ECF No. 29), the parties were by March 1, 2022 to either submit a joint request for a further stay or a proposed schedule for the filing of an amended complaint and motion to dismiss briefing schedule;

- 2 -

JOINT STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No. 3:21-cv-00989

WHEREAS, given the circumstances of this case, in the interests of judicial efficiency, and to preserve the parties' and the Court's resources, the parties agree that it is appropriate to stay the Derivative Action until the Court in the Securities Action rules on dispositive motions in the Securities Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1. Defendants shall not be required to move, or otherwise respond, to the complaint in the Derivative Action.

2. All proceedings and deadlines in this Derivative Action are stayed until further order of the Court.

3. This stay expires by its own terms upon occurrence of any of (1) the dismissal of the Securities Action, with prejudice, by the Court, and exhaustion of all appeals related thereto; or (2) the denial of any summary judgment motion in the Securities Action filed by the Securities Action defendants; or (3) any of the parties to this Stipulation giving a ten (10) days' notice that they no longer consent to the voluntary stay of the Derivative Action.

4. Within 30 days of expiration of this stay, the parties shall meet and confer and submit a joint status report to the Court.

5. Any party may move the Court to lift the stay before it expires on its own terms, upon a showing of good cause.

6. The parties agree that if the plaintiff in any related derivative lawsuit refuses to agree to a stay under similar terms, Lead Plaintiffs may lift the stay upon ten (10) days' notice in writing and the parties shall then meet and confer and submit a proposed case schedule for the Court's approval.

7. The parties agree that notwithstanding this stay of this Derivative Action, Lead Plaintiffs may file an amended complaint, though Defendants shall be under no obligation to respond to it unless any of the events contemplated by paragraph No. 8 below have occurred.  In

JOINT STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No. 3:21-cv-00989

that event, the parties shall meet and confer to set a schedule to govern Defendants' response to any such amended complaint and Defendants shall not be required to move, or otherwise respond, to any amended complaint until the Court enters an Order requiring Defendants to respond to the amended complaint by a date certain.

8. Upon occurrence of any of (1) the dismissal of the Securities Action, with prejudice, by the Court, and exhaustion of all appeals related thereto; or (2) the denial of any summary judgment motion in the Securities Action filed by the Securities Action defendants; or (3) either of the parties to this Stipulation giving a ten (10) days' notice that they no longer consent to the voluntary stay of the Derivative Action, then the parties shall notify the Court within fifteen (15) days after the occurrence of any of the events above.

9. Nothing in this stipulation shall be construed as a waiver of any party's rights or positions in law or in equity, or as a waiver of any defenses or claims that any party would otherwise have, including as to the demand requirement on the nominal defendant's board of directors.

10. Unless otherwise ordered by the Court, the terms of this stipulation shall apply to all shareholder derivative actions currently pending in, later instituted in, or transferred to this Court that involve similar or related claims, or that are otherwise deemed related to the instant case. When a shareholder derivative action that relates to this case is hereinafter filed in this Court or transferred to this Court, counsel for Lead Plaintiffs, shall serve and file an endorsed copy of this Order upon attorneys for plaintiff(s) in the newly-filed or transferred action.

**IT IS SO STIPULATED.**

- 4 -

JOINT STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No. 3:21-cv-00989

Respectfully Submitted By:

DATED: March 1, 2022                    **THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Tel: (310) 915-6628
Email: RMoest@aol.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue
Suite 2501
New York, NY 10017
Tel: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**TOSTRUD LAW GROUP, P.C.**
Jon A. Tostrud
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 278-2600
Email: jtostrud@tostrudlaw.com

*Attorneys for Lead Plaintiffs*

- 5 -

JOINT STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No. 3:21-cv-00989

DATED: March 1, 2022

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Ignacio E. Salceda*
Ignacio E. Salceda
Dale Bish
Rebecca L. Epstein
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 320-4908
Email: isalceda@wsgr.com
Email: dbish@wsgr.com
Email: bepstein@wsgr.com

*Attorneys for Defendants*
*Jagdeep Singh, Fritz Prinz, Timothy Holme, Kevin Hettrich, Frank Blome, Brad Buss, John Doerr, Jürgen Leohold, Justin Mirro, Dipender Saluja, J.B. Straubel, and Nominal Defendant QuantumScape Corporation*

DATED: March 1, 2022

**SULLIVAN & CROMWELL LLP**

*/s/ Laura Kabler Oswell*
Laura Kabler Oswell
1870 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 461-5600
Email: oswelll@sullcrom.com

Robert J. Giuffra, Jr.
125 Broad Street
New York, NY10004
Tel: (212) 558-4000
Email: giuffrar@sullcrom.com

*Attorneys for Volkswagen Group of America Investments, LLC*

- 6 -

JOINT STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No. 3:21-cv-00989

## ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: March 2, 2022

_____

The Honorable William H. Orrick
DISTRICT COURT JUDGE

- 7 -

**ATTESTATION**

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated:  March 1, 2022                                WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation


                                                     By:  */s/  Ignacio E. Salceda*

- 8 -

JOINT STIP. AND [PROPOSED] ORDER
TO STAY CASE
Case No. 3:21-cv-00989