IGNACIO E. SALCEDA, State Bar No. 164017
REBECCA L. EPSTEIN, State Bar No. 168226
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: isalceda@wsgr.com
        bepstein@wsgr.com

*Attorneys for Defendants Jagdeep Singh, Fritz Prinz, Timothy Holme, Kevin Hettrich, Frank Blome, Brad Buss, John Doerr, Jürgen Leohold, Justin Mirro, Dipender Saluja, and J.B. Straubel; and Nominal Defendant QuantumScape Corporation*

[Additional counsel on signature page]

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE QUANTUMSCAPE CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No.: 3:21-cv-00989-WHO<br>**JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER** |

- 1 -

The parties by and through their respective counsel hereby submit this Joint Status Report and stipulation.

**JOINT STATUS REPORT**

1. The parties have reached a settlement in principle to resolve this action and are now working to draft, finalize, and execute a Settlement Agreement, with approval of the Settlement Agreement to remain subject to Court approval.

2. In the interests of judicial economy and to avoid needless expenditure of party resources, the parties stipulate and jointly request that this case should remain stayed while the parties work to enter formal settlement agreement documentation and the Plaintiffs then prepare to seek preliminary Court approval of the settlement through a noticed motion.

3. The parties respectfully submit the following Stipulation and [Proposed] Order.

**STIPULATION**

WHEREAS, the parties have reached a settlement in principle to resolve this action and are working to draft, finalize, and execute a Settlement Agreement, with approval of the Settlement Agreement to remain subject to Court Approval;

WHEREAS, all proceedings and deadlines in this action are currently stayed;

WHEREAS, in the interests of judicial economy and to avoid needless expenditure of party resources, the parties wish for this action to continue to be stayed while a formal Settlement Agreement is entered into and Court approval of the settlement is sought;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

This action shall continue to be stayed until further Order of the Court.

**IT IS SO STIPULATED.**

- 2 -

JOINT STATUS REPORT, STIP. AND [PROPOSED] ORDER
Case No. 3:21-cv-00989-WHO

Respectfully Submitted By:

DATED: February 20, 2026

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Tel: (310) 915-6628
Email: RMoest@aol.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue
Suite 2501
New York, NY 10017
Tel: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**TOSTRUD LAW GROUP, P.C.**
Jon A. Tostrud
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 278-2600
Email: jtostrud@tostrudlaw.com

*Attorneys for Lead Plaintiffs*

- 3 -

JOINT STATUS REPORT, STIP. AND [PROPOSED] ORDER
Case No. 3:21-cv-00989-WHO

DATED: February 20, 2026

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Rebecca L. Epstein*
Ignacio E. Salceda
Rebecca L. Epstein
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 320-4908
Email: isalceda@wsgr.com
Email: bepstein@wsgr.com

*Attorneys for Defendants*
*Jagdeep Singh, Fritz Prinz, Timothy Holme, Kevin Hettrich, Frank Blome, Brad Buss, John Doerr, Jürgen Leohold, Justin Mirro, Dipender Saluja, J.B. Straubel, and Nominal Defendant QuantumScape Corporation*

DATED: February 20, 2026

**SULLIVAN & CROMWELL LLP**

*/s/ Laura Kabler Oswell*
Laura Kabler Oswell
550 Hamilton Avenue
Palo Alto, CA 94301
Tel: (650) 461-5600
Email: oswelll@sullcrom.com

Robert J. Giuffra, Jr.
125 Broad Street
New York, NY10004
Tel: (212) 558-4000
Email: giuffrar@sullcrom.com

*Attorneys for Volkswagen Group of America Investments, LLC*

- 4 -

JOINT STATUS REPORT, STIP. AND [~~PROPOSED~~] ORDER
Case No. 3:21-cv-00989-WHO

**<u>ORDER</u>**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: February 23, 2026

_____
The Honorable William H. Orrick
DISTRICT COURT JUDGE

JOINT STATUS REPORT, STIP. AND [P~~ROPOSED~~] ORDER
Case No. 3:21-cv-00989-WHO

**ATTESTATION**

I, Rebecca L. Epstein, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.


Dated: February 20, 2026                          WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation


                                                  By: /s/ Rebecca L. Epstein
                                                         Rebecca L. Epstein

- 6 -

JOINT STATUS REPORT, STIP. AND [PROPOSED] ORDER
Case No. 3:21-cv-00989-WHO